*Mr. John Rustgard* for petitioner. *Mr. Martin J. Lund* for respondent.

No. 629. CHASM POWER CO. ET AL. *v.* CHATEAUGAY. February 25, 1931. Petition for writ of certiorari to the Supreme Court of New York denied. · *Mr. Frank Irvine* for petitioners. *Mr. Patrick J. Tierney* for respondent.

No. 647. INTERNATIONAL HARVESTER Co. v. MISSISSIPPI LAND Co. February 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George W. Morgan, Frank B. Kellogg, Cleon Headley, Horace Kent Tenny,* and *John P. Wilson* for petitioner. *Mr. C. E. Elmquist* for respondent.

No. 652. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* HART. February 25, 1931. Petition for writ of certiorari to the Court of Common Pleas, Hudson County, of New Jersey, denied. *Mr. Charles E. Miller* for petitioner. *Mr. Charles Hershenstein* for respondent.

No. 667. GORDON OIL Co., INC., *v.* CITIES SERVICE REFINING Co. ET AL. February 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harry G. Seligman* for petitioners. No appearance for respondents.